# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL TAYLOR BUTTON; DUSTY BUTTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CRAIG LOPRESTI,<br><br>　　　　　　　　　　Defendant. | Case No.: 25-cv-00867-DMS-BJW<br><br>**ORDER VACATING ORAL ARGUMENT** |

Defendant's Motion to Dismiss Plaintiff's Complaint is currently scheduled for hearing on October 24, 2025, at 1:30 PM. (ECF Nos. 16, 19). The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the October 24, 2025 hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 21, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　United States District Judge