1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| MITCHELL TAYLOR BUTTON;<br>DUSTY BUTTON,<br><br>                              Plaintiffs,<br><br>     v.<br><br>CRAIG LOPRESTI,<br><br>                              Defendant. | Case No.:  25-cv-00867-DMS-BJW<br><br>**ORDER VACATING ORAL ARGUMENT; DENYING PLAINTIFFS' MOTION TO APPEAR REMOTELY**<br><br>**[ECF Nos. 29, 30, 34]** |

17

18

19

20

21

22

Defendant's motion to dismiss Plaintiffs' First Amended Complaint is currently scheduled for hearing on March 13, 2026, at 1:30 PM.  (ECF Nos. 29, 30.)  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the March 13, 2026 hearing is **VACATED**.  Further, Plaintiffs' motion to appear at the hearing remotely, (ECF No. 34), is **DENIED** as moot.

**IT IS SO ORDERED.**

23

Dated:  March 9, 2026

24

25

Hon. Dana M. Sabraw
United States District Judge

26

27

28

1

25-cv-00867-DMS-BJW