

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL TAYLOR BUTTON;<br>DUSTY BUTTON,<br><br>          Plaintiffs,<br><br>   v.<br><br>CRAIG LOPRESTI,<br><br>          Defendant. | Case No.: 25-cv-00867-DMS-BJW<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court are Defendant's motion to dismiss Plaintiffs' Amended Complaint, (ECF No. 29), and request for judicial notice, (ECF No. 29-3). Both are missing Defendant's counsel's signature. "Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id.* The Court contacted defense counsel twice, requesting that he refile with his signature. Plaintiffs flagged the missing signature in their opposition to the motion to dismiss and request for judicial notice. (*See* ECF No. 33, at 9.) Defendant has not yet filed signed papers. Therefore, Defendant is **ORDERED** to show cause why the motion to dismiss and request for judicial notice should not be denied pursuant to Rule

11(a) no later than **May 1, 2026**. The Court cautions Defendant that failure to respond or file corrected papers will result in the striking of the motion and request.

    **IT IS SO ORDERED.**

Dated: April 21, 2026

                                       Hon. Dana M. Sabraw
                                       United States District Judge

25-cv-00867-DMS-BJW