David K. Demergian, Esq. (CSBN 095008)
DEMERGIAN LAW
501 West Broadway, Suite 800
San Diego, California 92101-3546
Direct Telephone: 619-239-3015
Facsimile: 619-239-3029
david@demergianlaw.com

Attorney For Defendant
CRAIG LOPRESTI

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**-oo0oo-**

| | |
|---|---|
| MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br>Plaintiffs,<br>vs.<br>CRAIG LOPRESTI,<br>Defendant. | CASE NO. 3:25-cv-00867-DMS-BJW<br>JOINT MOTION FOR DISMISSAL WITH PREJUDICE<br>Assigned to: Hon. Dana M. Sabraw<br>Courtroom: 13A<br>Magistrate Judge: Hon. Brian J. White |

Plaintiffs MITCHELL TAYLOR BUTTON and DUSTY BUTTON (hereinafter jointly referred to as "Plaintiffs"), and Defendant CRAIG LOPRESTI (hereinafter referred to as "Defendant") acting by and through counsel, jointly move the Court for an Order dismissing the above-captioned matter, with prejudice, pursuant to F.R.Civ.P. 41(a)(2).

The parties respectfully represent as follows:

1. The parties have reached a settlement resolving all claims and controversies asserted in this action;

2. The parties have agreed that this matter should be dismissed, with prejudice, with each party to bear their own attorney's fees and costs, except as may otherwise be provided in the parties' Settlement Agreement;

3. No further judicial proceedings are necessary to resolve the claims asserted in

the above-captioned matter;

4. Accordingly., the parties jointly request that the Court enter an Order dismissing this action, with prejudice, pursuant to F.R.Civ.P. 41(a)(2);

5. The parties further request that the Court retain jurisdiction for the limited purpose of enforcing the terms of the parties' settlement agreement; and

6. The parties request that all pending dates, deadlines, hearings, and motions be vacated and that the Clerk be directed to close the case.

For these reasons, the parties respectfully request that the Court grant this Joint Motion and enter the accompanying order dismissing this action with prejudice.

Respectfully submitted.

DATED: 9-12-26

DEMERGIAN LAW

By: s/ David K. Demergian
David K. Demergian
Attorney for Defendant CRAIG LOPRESTI
Email: david@demergianlaw.com

DATED: 9/12/2026

DocuSigned by:
0AE3D433B5D94F1
Mitchell Taylor Button
Plaintiff

DATED: 9/12/2026

DocuSigned by:
0AE3D433B5D94F1
Dusty Button
Plaintiff