**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL TAYLOR BUTTON, And DUSTY BUTTON,<br>Plaintiffs,<br>vs.<br>CRAIG LOPRESTI,<br>Defendant. | CASE NO. 3:25-cv-00867-DMS-BJW<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSSAL WITH PREJUDICE<br><br>Assigned To: Hon. Dana M. Sabraw<br>Courtroom: 13A<br>Magistrate Judge: Hon. Brian J. White |

Having considered the parties' Joint Motion for Dismissal With Prejudice and Retention of Jurisdiction, and good cause appearing, the Court hereby ORDERS:

1. The Joint Motion is GRANTED.
2. This action, including all claims asserted by Plaintiffs against Defendant and all claims asserted by Defendant against Plaintiffs, if any, is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2).
3. Each party shall bear their own attorney's fees and costs, except as provided in the parties' Settlement Agreement.

4. The Court shall retain jurisdiction for the limited purpose of enforcing the parties' Settlement Agreement.

5. All remaining dates, deadlines, hearings and pending motions are VACATED. The Clerk of the Court shall CLOSE THE CASE.

Dated: September 17, 2026

Hon. Dana M. Sabraw
Judge of the United States District Court